U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

AUG - 6 2007

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CITO FERMINE** | : | **DOCKET NO. 2:06-cv-1578** |
| **VS.** | : | **JUDGE MINALDI** |
| **DIRECTOR, BUREAU OF IMMIGRATION & CUSTOMS ENFORCEMENT, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that that the petition for writ of *habeas corpus* be GRANTED and that Petitioner be released from custody[1] if not removed within 30 days from the date that the judgment is signed in this case.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _____ day of _____, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

---

[1] In the event that ICE is not able to remove Petitioner within 30 days of the date of the judgment, his release may, of course, be conditioned on any of the various forms of supervised release that are appropriate in the circumstances, and he may, no doubt, be returned to custody upon violation of those conditions. *Zadvydas v. Davis*, 121 S.Ct. 2491, 2504 (2001); 8 U.S.C. § 1231(a)(3).